# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRE DE OLIVEIRA,<br>Petitioner,<br>v.<br>CHRISTOPHER CHESTNUT,<br>Respondent. | Case No. 1:26-cv-06175-JLT-EPG-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE STATUS REPORT AFTER BOND HEARING |

Petitioner is a federal immigration detainee proceeding *pro se* with a petition of writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 25, 2026, Respondent filed a response to the petition, stating that Petitioner has requested a custody redetermination hearing and that "[b]cause Petitioner has had encounters with law enforcement for domestic violence, this is the type of case that, even prior to *Rodriguez Vazquez* this Court would typically set for a bond hearing to have an immigration judge determine with the Petitioner constitutes a danger or a flight risk in the first instance." (ECF No. 6 at 1–2 (footnote omitted).) Respondents also filed a notice that a bond hearing has been scheduled for September 4, 2026. (ECF No. 7.)

\\\

\\\

\\\

Accordingly, the Court HEREBY ORDERS that as soon as practicable but no later than September 11, 2026, Respondent SHALL file a status report indicating whether a substantive bond hearing was held and the outcome of said hearing, along with any supporting documentation.

IT IS SO ORDERED.

Dated: **August 26, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE